# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1795

_____

Jay L. Meyer,                                     *
                                                  *
                    Appellant,                    *    Appeal from the United States
                                                  *    District Court for the Northern
          v.                                      *    District of Iowa.
                                                  *
Kenneth S. Apfel, Commissioner of                 *          [UNPUBLISHED]
Social Security,                                  *
                                                  *
                    Appellee.                     *

_____

Submitted:  July 5, 2000

Filed:  July 24, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

     Jay L. Meyer appeals the judgment of the district court upholding the Social Security Commissioner's final decision denying Meyer's 1990 application for supplemental security income benefits. We reject Meyer's contention that the district court would have ruled in Meyer's favor if it had been provided with certain new evidence. The new evidence--medical examinations from 1997 and 1998 that do not pertain to Meyer's condition before November 1994--is not material to the district court's review or our review of the administrative law judge's November 1994 decision.

Having carefully reviewed the record and the parties' briefs, we find substantial evidence supports the Commissioner's decision. We affirm the district court and deny as moot the Commissioner's motion to respond to Meyer's reply brief.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.